IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| v. | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, January 9, 2003.*  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**\*Case continued from 12/12/02
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date:<u>December 9, 2002</u>

Copies:    Carol James, Secretary to Judge McLaughlin
Docket Clerk - Case File

Counsel:    Adam I. Sager, Esq.
Michael A. Moore, Esq.

Arbitrators:

ARB2.FRM