IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| vs. | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Friday, February 7, 2003**\***.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**\*Case continued from January 9, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date:January 7, 2003

Copies:    Marion Scarengelli, Courtroom Deputy to Judge McLaughlin
           Docket Clerk - Case File

    Counsel:    Adam I. Sager, Esq.
                      Michael A. Moore, Esq.

    Arbitrators:    William Hirsch, Esq.
                         John Phelan, Esq.
                         S. Robert Levant, Esq.

ARB2.FRM