IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CORESOURCE, INC., | : | |
| Defendants | : | NO. 02-4750 |

<u>ORDER</u>

AND NOW, this _____ day of January, 2003, upon consideration of the defendant's motion for summary judgment (Docket #7), it is HEREBY ORDERED that said Motion is DENIED without prejudice because the defendant has notified the Court that the parties have agreed to the withdrawal of the motion.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.