IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| vs. | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

### ORDER SUBSTITUTING AN ARBITRATOR

AND NOW, this          day of February, 2003, it is hereby

ORDERED that S. Robert Levant, Esq. is replaced as an arbitrator on Friday, February 7, 2003, 9:30 a.m.  It is hereby

FURTHER ORDERED that Faith Leibman, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.

ARB8 (12/82)