IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Monday, March 3, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from February 7, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL*

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: February 21, 2003

Copies:   Carol James, Secretary to Judge McLaughlin
          Docket Clerk - Case File

          Counsel:   Adam I. Sager, Esq.
                     Michael A. Moore, Esq.

          Arbitrators:

ARB2.FRM