IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SARAH STOOS                              :         CIVIL ACTION

         vs.                             :

CORESOURCE, INC.                         :         NO. 02-4750



**ORDER SUBSTITUTING AN ARBITRATOR**


      AND NOW, this          day of February, 2003, it is hereby

      ORDERED that John Phelan, Esq. is replaced as an arbitrator on Monday, March 3, 2003, 10:30 a.m.  It is hereby

      FURTHER ORDERED that Clayton Thomas, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.


BY THE COURT:


_____
MARY A. MCLAUGHLIN, J.


ARB8 (12/82)