IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

**O R D E R**

AND NOW, this 9th day of April, 2003, it is Ordered that a telephone conference in the above captioned case is scheduled on Thursday, April 17, 2003, at 9:30 a.m. Plaintiff's counsel shall initiate the telephone conference. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:                                   or    BY THE COURT

BY:_____                      _____
     Carol D. James, Deputy Clerk                  MARY A. McLAUGHLIN,  J.

faxed from chambers 4/9/03:
   Adam I. Sager
   Michael A. Moore

Civ 12 (9/83)