IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH STOOS | : | CIVIL ACTION |
| v. | : | |
| CORESOURCE, INC. | : | NO. 02-4750 |

**O R D E R**

AND NOW, this 17th day of April, 2003, it is Ordered that trial in the above captioned case is scheduled on Thursday, June 26, 2003, at 9:30 a.m., Courtroom 17-B, United States District Court, 601 Market Street, Philadelphia, PA  9106.

ATTEST:                                    or   BY THE COURT

BY:_____                 _____
   Carol D. James, Deputy Clerk             MARY A. MCLAUGHLIN, J.

mailed 4/17/03:
   Adam I. Sager
   Michael A. Moore

Civ 12 (9/83)